# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER M. CATRON                                                      PLAINTIFF
ADC #553436

V.                          No. 2:18CV00182-KGB-JTR

JIMMY WILLIAMS, Corporal,
East Arkansas Regional Unit                                                DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

## I. Discussion

Plaintiff Christopher M. Catron ("Catron"), an inmate in the East Arkansas Regional Unit of the Arkansas Department of Correction, has filed this *pro se* § 1983 action alleging that Defendant Corporal Jimmy Williams violated his constitutional rights. *Doc. 2.*

1

On January 2, 2019, the Court entered an Order directing Catron to submit a certified prisoner trust fund account statement, on or before February 4, 2019, in support of his application to proceed *in forma pauperis. Doc 3*. He was cautioned that failure to comply with the Court's Order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). The Order also directed prison officials to assist Catron in completing the necessary forms.

As of the date of this Recommendation, Catron has not complied with the Court's February 4, 2019 Order. The time to do so has expired.

## II.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 21st day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE