IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHRISTOPHER M. CATRON                                                         PLAINTIFF
ADC #553436

v.                        Case No. 2:18-cv-00182-KGB-JTR

JIMMY WILLIAMS, Corporal                                                      DEFENDANT
East Arkansas Regional Unit

## ORDER

The Court has before it plaintiff Christopher M. Catron's motion for leave to proceed *in forma pauperis* and the Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. Nos. 1, 4). Mr. Catron has not filed any objection to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 4).

It is therefore ordered that:

1. The Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray is adopted in its entirety (Dkt. No. 4).

2. Mr. Catron's claims are dismissed without prejudice due to a lack of prosecution (Dkt. No. 2).

3. The Court denies Mr. Catron's motion for leave to proceed *in forma pauperis* as moot (Dkt. No. 1).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge