IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTOPHER M. CATRON**  **PLAINTIFF**
**ADC #553436**

v.    Case No. 2:18-cv-00182-KGB-JTR

**JIMMY WILLIAMS, Corporal**  **DEFENDANT**
**East Arkansas Regional Unit**

### **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Christopher M. Catron's complaint is dismissed without prejudice.

So adjudged this the 10th day of February, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge